UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DENISE LYNN KOMORA**,<br><br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER OF SOCIAL SECURITY**,<br><br>Defendant. | 2:19-CV-11947-TGB-APP<br><br>HON. TERRENCE G. BERG<br>HON. ANTHONY P. PATTI |

# JUDGMENT

In accordance with the Opinion and Order issued on this date, overruling Plaintiff's first and third objections, sustaining Plaintiff's second objection, and modifying Magistrate Judge Anthony P. Patti's Report and Recommendation (ECF No. 20);

It is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (ECF No. 18) is **DENIED**. Defendant's Motion for Summary Judgment (ECF No. 19) is **GRANTED**, and the decision of the Commissioner of Social Security is **AFFIRMED.**

Dated at Detroit, Michigan:  March 31, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE